```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF GEORGIA
                    ATHENS DIVISION
```

| | | |
|---|---|---|
| ALAN MCARTHUR,<br>    Plaintiff, | * | |
| | * | |
| vs. | | CASE NO. 3:20-CV-21 (CDL) |
| | * | |
| BOY SCOUTS OF AMERICA, *et al.*,<br>    Defendants. | * | |
| DENNIS DOE,<br>    Plaintiff, | * | |
| | * | |
| vs. | | CASE NO. 3:20-CV-22 (CDL) |
| | * | |
| BOY SCOUTS OF AMERICA, *et al.*,<br>    Defendants. | * | |
| TIMOTHY DOE,<br>    Plaintiff, | * | |
| | * | |
| vs. | | CASE NO. 3:20-CV-23 (CDL) |
| | * | |
| BOY SCOUTS OF AMERICA, *et al.*,<br>    Defendants. | * | |
| WILLIAM DOE,<br>    Plaintiff, | * | |
| | * | |
| vs. | | CASE NO. 3:20-CV-24 (CDL) |
| | * | |
| BOY SCOUTS OF AMERICA, *et al.*,<br>    Defendants. | * | |
| JOHN DOE,<br>    Plaintiff, | * | |
| | * | |
| vs. | | CASE NO. 3:20-CV-25 (CDL) |
| | * | |
| BOY SCOUTS OF AMERICA, *et al.*,<br>    Defendants. | * | |

```
ROBERT DOE,                         *
     Plaintiff,
                                    *
vs.
                                    *       CASE NO. 3:20-CV-26 (CDL)
BOY SCOUTS OF AMERICA, et al.,
     Defendants.                    *
```

O R D E R

These actions have been subject to an automatic bankruptcy stay since they were removed to this Court from the Superior Court of Athens-Clarke County in February 2020. The bankruptcy court has approved a plan to allow Defendant Boy Scouts of America to settle sex abuse claims, which would include Plaintiffs' claims in these actions. Plaintiffs represent that they agree with the plan, which has been confirmed by the bankruptcy court but which is the subject of an appeal in the Delaware district court. The Court finds that it is appropriate to administratively close the cases pending in this Court. If Plaintiffs' claims are not resolved through the bankruptcy proceeding as the parties expect them to be, the actions in this Court may be reopened on motion of a party.

IT IS SO ORDERED, this 23rd day of January, 2023.

```
                              S/Clay D. Land
                              CLAY D. LAND
                              U.S. DISTRICT COURT JUDGE
                              MIDDLE DISTRICT OF GEORGIA
```